WILLIAM H. HARKER, ET AL., PLAINTIFFS-PETITIONERS, v. JAMES C. McKISSOCK, ET AL., DEFENDANTS-RE-SPONDENTS.

See same case below: 10 *N. J. Super.* 26.

*Mr. Barney B. Brown* for the petitioners.

*Messrs. Boyle, Archer & Greiner* for the respondents.

January 15, 1951.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v IRA JAGGERS, DEFENDANT-PETITIONER.

*Mr. Carl Kisselman* for the petitioner.

*Mr. Harold T. Parker* for the respondent.

January 8, 1951.   Denied.